█ THE PEOPLE OF THE STATE OF NEW YORK, Respondents, v. LEO RATAJCZAK, Appellant.— Motion to dismiss appeal denied. Reargument of motion to appeal on original papers, typewritten briefs, granted on court's own motion, and upon reargument, motion granted and Robert F. Conway, Esq., of Buffalo, assigned as attorney to conduct appeal.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL BUTTS, Appellant.— Motion to dismiss appeal denied and time for argument of appeal enlarged to include September 1960 Term of court.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE B. JONES, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1960 Term.

█ THE PEOPLE OF THE STATE OF NEW YORK, HENRY C. FUHRMANN, Petitioner, against THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents. — Motion granted and appeal dismissed.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEWEY JOHNSON, Appellant.— Motion granted to appeal on certified copy of judgment roll, typewritten briefs; Arthur E. Kirchheimer, Esq., assigned as attorney to conduct appeal, and time for argument of appeal enlarged to include October 1960 Term of court.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER EDWARDS, Appellant.—Motion granted to appeal on original papers, typewritten briefs, and Maynard Schaus, Esq., of Buffalo, assigned as attorney to conduct appeal.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— Order of substitution of attorneys entered.

█ In the Matter of CHARLES A. LIPINCZYK, Appellant, against JOHN F. DWYER, as District Attorney, et al., Respondents.— Motion granted to prosecute appeal on original papers, handwritten briefs. Respondents are directed to furnish appellant with a copy of the transcript of the hearing of May 3, 1960 for use in preparation of his brief.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE TURNER, Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, five typewritten briefs; Victor A. Rossetti, Esq., of Buffalo, assigned to conduct appeal; conditional order of dismissal vacated, and time for argument enlarged to include September 1960 Term, on condition that appellant's briefs are filed and served on or before August 10, 1960. Respondent's brief must be filed by August 26, 1960 if appeal is to be argued at September Term.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARRY R. CORWIN, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before August 10, 1960. Appeal may be prosecuted upon one copy of transcript, and five typewritten copies of other papers constituting record on appeal and five typewritten briefs.

█ In the Matter of JOSEPH ZABRZENSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to dismiss appeal denied. Motion granted to prosecute appeal from order entered in Erie County Clerk's office on July 24, 1957 on original papers, five typewritten briefs, and otherwise motion denied.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN PELOW, Appellant.— Motion to dismiss appeal denied. Motion granted to prosecute appeal from order entered November 24, 1959 on original papers, five typewritten briefs, and John T. Curtin, Esq., of Buffalo, assigned to conduct appeal.